# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Barry, Ben T. | **2. Court or Organization**<br><br>US Bankruptcy Court Eastern & Western Districts of Arkansas | **3. Date of Report**<br><br>04/29/2020 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

Chief Judge

**5a. Report Type** (check appropriate type)

☐ Nomination    Date

☐ Initial    ☑ Annual    ☐ Final

**5b.** ☐ Amended Report

**6. Reporting Period**

01/01/2019
**to**
12/31/2019

**7. Chambers or Office Address**

35 W. Mountain, Room 411
Fayetteville, AR 72701

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 04/29/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BTB IRA [from 401(k)] | | | | | | | | | |
| 2. -Cash Equivalent Fidelity Fund 57 | | | | | Sold<br>(part) | 12/31/19 | K | | |
| 3. -Cash Equivalent Fidelity Fund 57 | A | Dividend | L | T | Buy<br>(add'l) | 12/31/19 | K | | |
| 4. -Vanguard Short Term Inv. Grade | B | Dividend | L | T | | | | | |
| 5. | | | | | | | | | |
| 6. Ben T. Barry Roth IRA | | | | | | | | | |
| 7. -Fidelity Fund 57 NF Money Market | | | | | Sold<br>(part) | 12/31/19 | L | | |
| 8. -Fidelity Fund 57 | B | Dividend | M | T | Buy<br>(add'l) | 12/31/19 | L | | |
| 9. -Fidelity Intl Discovery Fund | A | Dividend | K | T | Sold<br>(part) | 07/19/19 | J | A | |
| 10. -Vanguard Equity Income Fund | B | Dividend | K | T | Sold<br>(part) | 07/19/19 | J | A | |
| 11. -Vanguard Small-Cap Growth Index Fund | A | Dividend | K | T | Sold<br>(part) | 07/19/19 | J | A | |
| 12. | | | | | | | | | |
| 13. -Vanguard Mid-Cap Investment Fund | A | Dividend | K | T | Sold<br>(part) | 07/19/19 | J | A | |
| 14. -Vanguard 500 Index Fund | D | Dividend | N | T | Sold<br>(part) | 07/19/19 | J | D | |
| 15. -Vanguard Stk Mkt Indx Fund | C | Dividend | M | T | Sold<br>(part) | 07/19/19 | J | C | |
| 16. -JP Morgan Chase & Co 2.2% (due 10/22/19) | A | Interest | | | Matured | 10/22/19 | K | | |
| 17. -Pepsico Inc. 1.35% (due 10/4/19) | A | Interest | | | Matured | 10/04/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 04/29/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -Bank of America Corp. 2.625% (due 10/19/20) | A | Interest | K | T | | | | | |
| 19. -Coca Cola Co. 1.875% (10/27/20) | A | Interest | K | T | | | | | |
| 20. -Northern Trust Corp 3.45% (due 11/4/20) | A | Interest | K | T | | | | | |
| 21. -Honeywell Intl., Inc. 1.4% (due 10/30/19) | A | Interest | | | Matured | 10/30/19 | K | | |
| 22. | | | | | | | | | |
| 23. Ben T. Barry IRA Inherited | | | | | | | | | |
| 24. -Vanguard Equity Income Fund | A | Dividend | J | T | Buy (add'l) | 01/18/19 | K | | |
| 25. -Vanguard Mid-Cap Index Fund | A | Dividend | J | T | Sold (part) | 01/18/19 | J | A | |
| 26. -Vanguard Index Fund 500 | A | Dividend | K | T | Sold (part) | 01/18/19 | J | A | |
| 27. -Vanguard Total Stock Market Index Fund | A | Dividend | J | T | Sold (part) | 01/18/19 | J | A | |
| 28. -Fidelity Intl Discovery | A | Dividend | J | T | Buy (add'l) | 01/18/19 | J | | |
| 29. -Vanguard Small Cap Growth Index Fund | A | Dividend | J | T | Sold (part) | 01/18/19 | J | A | |
| 30. -Fidelity Fund 57 NF Money Market | | | | | Sold (part) | 12/31/19 | J | | |
| 31. -Fidelity Fund 57 NF Money Market | A | Dividend | J | T | Buy (add'l) | 12/31/19 | J | | |
| 32. WATS Stock | C | Distribution | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Barry, Ben T.** | 04/29/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Ben T. | 04/29/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ben T. Barry**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544